IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DERIECE WARD;<br><br>              Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTO INSURANCE COMPANY,<br><br>              Defendant. | 4:24-CV-3035<br><br>ORDER |

    This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 12), recommending that the Court grant the plaintiff's motion to remand (filing 5). There has been no objection. *See* 28 U.S.C. § 636(b)(1); NECivR 72.2. When a party fails to timely object to the report and recommendation of a magistrate judge, the party waives its right to de novo review by the district court of any portion of the report and recommendation. *United States v. Wise,* 588 F.3d 531, 537 n.5 (8th Cir. 2009). Accordingly,

    IT IS ORDERED:

    1.    The Magistrate Judge's Findings and Recommendation (filing 12) are adopted.

    2.    The plaintiff's motion to remand (filing 5) is granted.

    3.    This case is remanded to the District Court for Lancaster County, Nebraska.

4. A separate judgment will be entered.

Dated this 15th day of April, 2024.

BY THE COURT:

*John M. Gerrard* (signature)

John M. Gerrard
Senior United States District Judge